IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

v.

ANGEL TORRES MARTINEZ
Defendant

CRIMINAL NO. 05-102(JAG)

### REPORT AND RECOMMENDATION

On this date defendant appeared before the undersigned to plea guilty to Counts I and IV of the indictment charging him with violating of 18 U.S.C. §§ 1956(a)(1)(B)(i) and (a)(1)(B)(i)(ii), to wit, conspiracy to commit money laundering and money laundering. Defendant was represented by attorney Arturo Luciano Delgado. The government was represented by AUSA Ernesto Lopez Soletro. The parties duly executed a consent form permitting the undersigned to take defendant's plea, which is entered into pursuant to a plea agreement reached with the Government, and which has been filed in Court.

Upon observing defendant throughout the proceeding, as well as listening to his answers to the multiple questions posed by the Court, the undersigned finds him competent to enter a knowing and voluntary plea. More so, defendant acknowledged he was not coerced nor intimidated into entering the plea. Defendant was advised at the hearing of the maximum statutory penalties and fines he faces. Defendant was also advised that the sentencing Judge is not bound by the sentence recommendation, and that the Sentencing Guidelines are advisory in nature. The undersigned also advised defendant of the constitutional rights he waives by entering a guilty plea.

Upon inquiry by the Court, defendant accepted all the elements of the offense outlined in Counts I and IV of the indictment and that he acted knowingly and intentionally during the commission of the offense. He further accepted all the facts contained in the Government's version of facts.

CRIMINAL CASE NO. 05-102(JAG)        2

Defendant also accepted that aside from the conditions contained in the plea agreement, no other promises, conditions or representations have been agreed to by the parties.

It is thus recommended by the undersigned that defendant's guilty plea be accepted, and sentence be imposed upon him accordingly.

This report and recommendation is issued pursuant to 28 U.S.C. § 636 and Local Rule 72(d).

**SO RECOMMENDED.**

In San Juan, Puerto Rico, this 15th of December, 2005

**GUSTAVO A. GELPI**
United States Magistrate-Judge